**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Marc III General Contractors, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **fdba Reverend Homes; fdba Ashri Brothers, LLC; fdba Marc III; fdba Reverend Living** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2  0  –  8  1  3  5  9  9  7 |

4.  Debtor's address

**Principal place of business**

**6200 UTSA Blvd. #100**
Number    Street

_____

**San Antonio**        **TX**    **78249**
City                State    ZIP Code

**Bexar**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                State    ZIP Code

5.  Debtor's website (URL)    **https://www.marc3llc.com/**

6.  Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Marc III General Contractors, LLC**        Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                MM / DD / YYYY

      District _____ When _____ Case number _____
                                                MM / DD / YYYY

      District _____ When _____ Case number _____
                                                MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Chester and Kathleen Rackley**     Relationship **Affiliate**

      District **Western, Texas**     When **01/21/2025**
                                                  MM / DD / YYYY

      Case number, if known   **25-50097**

      Debtor _____ Relationship _____

      District _____ When _____
                                                  MM / DD / YYYY

      Case number, if known   _____

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number      Street

_____

_____   _____   _____
City                                                    State             ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/22/2025__
MM / DD / YYYY

X __/s/ Chester Rackley__
Signature of authorized representative of debtor

__Chester Rackley__
Printed name

__Managing member__
Title

18. **Signature of attorney**

X __/s/ Martin Seidler__      Date __01/22/2025__
Signature of attorney for debtor      MM / DD / YYYY

__Martin Seidler__
Printed name

__Law Offices of Martin Seidler__
Firm name

__11107 Wurzbach__
Number      Street

__Suite 504__

__San Antonio__      __TX__      __78230-2592__
City      State      ZIP Code

__(210) 694-0300__      __Marty@Seidlerlaw.com__
Contact phone      Email address

__18000800__      __TX__
Bar number      State

Debtor Name  **Marc III General Contractors, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................... | **$900,001.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................... | **$15,965,874.74**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B..................................................................................... | **$16,865,875.74**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$7,646,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................................. | **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................... | **+ $2,100,000.00**

4. **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................................. | **$9,746,000.00**

Debtor name  **Marc III General Contractors, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.**

## Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

     ☐  No.  Go to Part 2.
     ☑  Yes.  Fill in the information below.

     **All cash or cash equivalents owned or controlled by the debtor**                                  **Current value of
debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account  Broadway Bank** | **Checking account** | **5  0  7  4** | **$17,140.00** |

4.  **Other cash equivalents**       *(Identify all)*

     Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                      **$17,140.00**

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

     ☑  No.  Go to Part 3.
     ☐  Yes.  Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

   Current value of debtor's interest: **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | − | $0.00 | = ............. → | | $0.00 |
| 11b. Over 90 days old: | $450,000.00 | − | $0.00 | = ............. → | | $450,000.00 |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$450,000.00**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture, office equipment and supplies and software | | | $3,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $3,000.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 Silverado** | | | $1,000.00 |
| 47.2. **2021 Chevy pickup** | | | $5,000.00 |
| 47.3. **2024 Chevy pickup** | | | $17,000.00 |
| 47.4. **2016 Chevy Pick up** | | | $5,000.00 |
| 47.5. **2 Genie lifts $2500 each** | | | $5,000.00 |
| 47.6. **2 skid steers (CAT) ($50,000 each)** | | | $100,000.00 |
| 47.7. **2019 Wylie water trailer** | | | $500.00 |
| 47.8. **2021 Solitude travel trailer** | | | $15,000.00 |
| 47.9. **2024 Chevy 2500** | | | $75,000.00 |
| 47.10. **16ft dump trailer** | | | $2,500.00 |
| 47.11. **16ft flatbed trailer** | | | $1,500.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $227,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☒ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    - ☐ No.  Go to Part 10.
    - ☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **office lease 6200 UTSA Blvd.,  San Antonio, TX  78249**<br>**office lease 6200 UTSA Blvd.,  San Antonio, TX  78249**<br>**office lease** | **Leasehold** | | | **$1.00** |
| 55.2. **229 Taxi Way Echo, Boerne, TX**<br>**229 Taxi Way Echo, Boerne, TX** | **Fee simple** | | | **$900,000.00** |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    | $900,001.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☒ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
|      https://www.marc3llc.com/ | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claims against International Mechanical Services and its bonding company HARCO for breaches of subcontract under ArNorth B16 (south wing renovation)** | $3,200,000.00 |
|---|---|
| Nature of claim      **Breach of contract** | |
| Amount requested      **$3,200,000.00** | |

| **Claims against Midcontinent Casualty Company, Midcontinent Group for breaches of contract (estimated)** | $10,800,000.00 |
|---|---|
| Nature of claim      **breach of contract** | |
| Amount requested | |

**Claims against Great American Insurance Group for breaches of contract**      **Unknown**

**Nature of claim**      breaches of contract

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **ArNorth B16 S. Wing Renovation, Ft. Sam Houston, TX (last pay application)** | **$360,000.00** |
| **Joc Contract - Parks Dept.  (job complete awaiting payment)(Balance due on completed project** | **$0.00** |
| **Greater Love Multi-cultural center (remaining unpaid draws) (contract complete)** | **$192,434.74** |
| **Hush House, Randolph AFB, TX  (Government breached contract by putting job on hold resulting in loss of profits and production of job)($1540 per day x 150 days)** | **$231,000.00** |
| **J85 Test Pad, Randolph AFB, TX ($1540 daily x 120 days))Government breached contract by putting it on indefinite hold)** | **$184,800.00** |
| **Saber Contract - Goodfellow AFB (pending retainage and delay fees arising from Goverment's breaches of contract)** | **$300,000.00** |
| **claims against the United States/Corps of Engineers for delays in existing contracts** | **Unknown** |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    **$15,268,234.74**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

<div style="border:1px solid black; background:black; color:white; display:inline-block;">**Part 12:**</div> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | **$17,140.00** | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | **$0.00** | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | **$450,000.00** | |
| 83. **Investments.** Copy line 17, Part 4. | **$0.00** | |
| 84. **Inventory.** Copy line 23, Part 5. | **$0.00** | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | **$3,000.00** | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | **$227,500.00** | |
| 88. **Real property.** Copy line 56, Part 9..........................➔ | | **$900,001.00** |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | **$0.00** | |
| 90. **All other assets.** Copy line 78, Part 11. | + **$15,268,234.74** | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | **$15,965,874.74** | + 91b. **$900,001.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92..................................... | | **$16,865,875.74** |

Fill in this information to identify the case:

Debtor name  **Marc III General Contractors, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**  **Creditor's name**
**Broadway National Bank**

**Creditor's mailing address**
**P.O. Box 17001**

_____

**San Antonio          TX     78286**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**           ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**2024 Chevy 2500**

**Describe the lien**

**Loan / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $76,000.00 | $75,000.00 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                    $7,646,000.00

| Debtor | Marc III General Contractors, LLC | Case number (if known) _____ |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.2** **Creditor's name**
Holt Texas, LTD

**Creditor's mailing address**
5665 SE Loop 410

San Antonio          TX      78222-3903

**Creditor's email address, if known**

**Date debt was incurred** 2023/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2 skid steers (CAT) ($50,000 each)

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$70,000.00          $100,000.00

---

**2.3** **Creditor's name**
Mid-Continent Casualty Company

**Creditor's mailing address**
P. O. Box 1409

Tulsa          OK   74101

**Creditor's email address, if known**

**Date debt was incurred** 2020

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
accounts etc.

**Describe the lien**
indemnity agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$7,500,000.00          $1,285,374.74

**disputed lien on real and personal property**

**Fill in this information to identify the case:**

Debtor     **Marc III General Contractors, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

---

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**A & E Painting and Remodel**

**225 Oak Krest Blvd**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Poteet**                        **TX**      **78065**

**Basis for the claim:**
**Notice only**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Alamo Integrated Systems, Inc**

**2805 SW Loop 410**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**San Antonio**                   **TX**      **78227**

**Basis for the claim:**
**Notice only**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Albert Uresti, MPA, PCC**

**Bexar County Tax Assessor**

**P.O. Box 2903**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**San Antonio**                   **TX**      **78299**

**Basis for the claim:**
**Notice only**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Alert One Service Inc**

**4602 N Quail Run Rd**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Ozark**                         **MO**      **65721**

**Basis for the claim:**
**Notice only**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**American Express**

**P.O. Box 650448**

_____

**Dallas**                    **TX      75265**

Date or dates debt was incurred         _____

Last 4 digits of account number    **1   0   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.6 | Nonpriority creditor's name and mailing address |

**American Tin Ceilings**

**217 N Seminary St**

_____

**Florence**                  **AL      35630**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.7 | Nonpriority creditor's name and mailing address |

**Angelo Bolt**

**808 Warehouse Rd**

_____

**San Angelo**                **TX      76903**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.8 | Nonpriority creditor's name and mailing address |

**Angelo Plumbing Supply Inc**

**2500 N Bryan Blvd**

_____

**San Angelo**                **TX      76603**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2: Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Anytime Fuel Pros LLC_____

__18325 Bracken Dr_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

__Bracken_____ TX____ 78266____

__Notice only_____

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Arias & Associates_____

__142 Chula Vista Dr_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

__San Antonio_____ TX____ 78232____

__Notice only_____

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Aries_____

__2900 S Quincy St Ste 425_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

__Arlington_____ VA____ 22206____

__Notice only_____

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Assured Partners of Texas_____

__500 N Central Expressway Ste 550_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

_____

Basis for the claim:

__Plano_____ TX____ 75074____

__Notice only_____

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Marc III General Contractors, LLC**          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

$0.00

**Assured TX Cons Coll**

**500 N Central Expressway Ste 550**

**Plano                    TX      75074**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

$0.00

**Automatic Fire Protection Inc.**

**P.O. Box 1551**

**San Angelo              TX      76902**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

$0.00

**Barcom Technology Solutions**

**10443 Gulfdale St Ste 101**

**San Antonio            TX      78216**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

$0.00

**Black Plumbing**

**4640 Treadway Blvd**

**Abilene                 TX      79602**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Blue Cross and Blue Shield**

**P.O. Box 650615**

_____

| **Dallas** | **TX** | **75265** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Brazos Urethane**

**1031 6th St**

_____

| **North Texas City** | **TX** | **77590** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Broadway National Bank**

**P.O. Box 171250**

_____

| **San Antonio** | **TX** | **78217** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Budget Landscaping & Irrigation LLC**

**814 Gulf, Unit 111**

_____

| **Cibolo** | **TX** | **78108** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor  **Marc III General Contractors, LLC**                Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21**  Nonpriority creditor's name and mailing address

**Capital One**

**P.O. Box 60519**

**City of Industry          CA      91716**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.22**  Nonpriority creditor's name and mailing address

**CAT Financial Services**

**P.O. Box 730681**

**Dallas          TX      75373**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.23**  Nonpriority creditor's name and mailing address

**Catco Drilling Company**

**P.O. Box 200736**

**San Antonio          TX      78220**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.24**  Nonpriority creditor's name and mailing address

**Centex Architectural Specialties LLC**

**8840 Cross Mountain Trail #1**

**San Antonio          TX      78255**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor    **Marc III General Contractors, LLC**                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Century Pest Control Inc**

**1335 Basse Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio            TX      78212**

Date or dates debt was incurred     _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**CNA Insurance**

**P.O. Box**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Chicago            IL      60674**

Date or dates debt was incurred     _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Columbia IT**

**5005 West Ave Ste 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio            TX      78213**

Date or dates debt was incurred     _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

*Check all that apply.*

**Commonwealth Financial Network**

**Global Wealth Advisors**

**500 N Loop 1604 E Ste 250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio            TX      78232**

Date or dates debt was incurred     _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Consolidated Installation Support**

**217 Cactus St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio          TX      78203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coppera Plumbing**

**1009 W 2nd St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Taylor          TX      76574**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coppera Plumbing**

**70 Haby Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio          TX      78212**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Craftsman Plumbing Services**

**28991 IH-10 W Ste 290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Boerne          TX      78006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**Custom Acoustics LLC**

**P.O. Box 3663**

_____

**San Angelo                    TX       76902**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Diamondback Mechanical Group**

**457 County Rd 347**

_____

**La Vernia                    TX       78121**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Dodge Construction Network**

**56 Broad St Ste 14010**

_____

**Boston                    MA       02109**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Dodge Data Analytics**

**Dept CH 19894**

_____

**Palantine                    IL       60055**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Facility Interiors Inc**

**2018 Ave B Ste 300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio                    TX        78215**

Basis for the claim:
**Notice only**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | | $0.00 |

**FastSigns**

**2897 NE Loop 410 #109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**San Antonio                    TX        78218**

Basis for the claim:
**supplies**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | | $0.00 |

**Firecode Sprinkler Systems LLC**

**5514 Champions Hill Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio                    TX        78233**

Basis for the claim:
**Notice only**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | | $0.00 |

**Fred Clark Electrical Contractor**

**1211 N Hackberry**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio                    TX        78202**

Basis for the claim:
**Notice only**

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | **Nonpriority creditor's name and mailing address** |
|---|---|

**GeneCo Technologies**

**236 Air Base Rd**

_____

**Tye**                          **TX**       **79563**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.42 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gollob Morgan Peddy**

**1001 ESE Loop 323 Ste 300**

_____

**Tyler**                        **TX**       **75701**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.43 | **Nonpriority creditor's name and mailing address** |
|---|---|

**GoTo Communications Inc**

**P.O. Box 412252**

_____

**Boston**                       **MA**       **02241**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.44 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Great American Insurance Group**

**Bond Division**

**P.O. Box 2119**

_____

**Cincinnati**                   **OH**       **45201**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$2,000,000.00**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Guada Coma Mechanical Inc**

**1617 Business 35 S**

_____

**New Braunfels                    TX        78130**

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.46 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Haze Consulting LLC**

**113 N Geary Circle**

_____

**Oklahoma City                    OK        73104**

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.47 | Nonpriority creditor's name and mailing address |
| --- | --- |

**HDS Hohmann Development Services**

**10722 Sentinel St**

_____

**San Antonio                    TX        78217**

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.48 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Hicks Lightning Protection Inc**

**7420 FM 2449**

_____

**Ponder                    TX        76259**

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Holes of San Antonio, Inc__

__118 Braniff__

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio__              TX     75265

**Basis for the claim:**
__Notice only__

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Holt Cat Rental__

__P.O. Box 650345__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__                   TX     75265

**Basis for the claim:**
__Notice only__

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Holt Industrial Rentals__

__P.O. Box 660118__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__                   TX     75266

**Basis for the claim:**
__Notice only__

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Hull Door LLC__

__625 Florida St__

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio__              TX     78210

**Basis for the claim:**
__Notice only__

Date or dates debt was incurred          _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**I10 Building Materials**

**7193 Heuermann Rd**

_____

**San Antonio**              **TX**      **78256**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**IMS**

**1914 Breeden Ave**

_____

**San Antonio**              **TX**      **78212**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**ISC Building Materials**

**HOU1072-Dept 2**

**P.O. Box 650998**

_____

**Dallas**              **TX**      **75265**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Jan Pro of San Antonio**

**P.O. Box 781696**

_____

**San Antonio**              **TX**      **78278**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**Part 2:**    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                 $0.00

**JCI - Johnson Controls**

**P.O. Box 730068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Dallas**                    **TX**    **75373**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                 $0.00

**JHS Construction**

**P.O. Box 2297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Midland**                    **TX**    **79702**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                 $0.00

**Johnson Equipment Company**

**4674 Olin Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Dallas**                    **TX**    **75244**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                 $0.00

**Kemper System America Inc**

**P.O. Box 8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Buffalo**                    **NY**    **14267**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.61 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Kiser Carpets**

**3220 W Houston Harte Expy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**San Angelo**            **TX**    **76901**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.62 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Klecka Electric Company Inc**

**12107 Colwick St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**San Antonio**          **TX**    **78216**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.63 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**KM Designs Inc**

**18534 Forty Six Pkwy**

**Unit 3 Texas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Spring Branch**        **TX**    **78070**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.64 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**Knight Office Solutions**

**P.O. Box 1626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**San Antonio**          **TX**    **78296**

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**L&L Cabinetry**

**1212 S Chadbourne St**

_____

**San Angelo**                **TX        76903**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Land Stewardship Services**

**124 Bristow Way**

_____

**Boerne**                   **TX        78006**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Law Offices of Robert M Fitzgerald PC**

**1219 FM 314**

_____

**Van**                      **TX        75790**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**Legacy Electric**

**3751 FM 2105**

_____

**San Angelo**                **TX        76905**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.69** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Legacy Heating & Air Conditioning**

**553 S Business IH 35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**New Braunfels**          TX      78130

Date or dates debt was incurred          _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.70** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Lion Pride**

**11431 Whisper Dawn St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Antonio**          TX      78230

Date or dates debt was incurred          _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.71** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Lone Star Storage Trailers Inc**

**1095 E Phillip Nolan Expwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**Nolanville**          TX      76559

Date or dates debt was incurred          _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| **3.72** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

**Loves Home Centers**

**5301 Sherwood Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

**San Angelo**          TX      76904

Date or dates debt was incurred          _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**Lubbock Sound Equipment**

**P.O. Box 79493**

_____

**Lubbock**                    **TX**       **79493**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**Marco Federal Services LLC**

**2525 Montana Ave**

_____

**El Paso**                    **TX**       **79903**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Matkin Hoover Engineering & Surveying**

**8 Spencer Rd Ste 100**

_____

**Boerne**                    **TX**       **78006**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**MAVACO Electric LLC**

**1211 Ardmore St**

_____

**San Angelo**                    **TX**       **76905**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Melio**

**18 W 18th**

**8th Floor**

_____

**New York          NY     10011**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.78 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Memco Inc**

**4555 Dacoma Ste 100**

_____

**Houston          TX     77092**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.79 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mezquite Installation**

**3151 Commonwealth Dr**

_____

**Dallas          TX     75247**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| 3.80 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Monaco Enterprises Inc**

**14820 E Sprague Ave**

_____

**Spokane Valley          WA     99216**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

$0.00

__Mueller Supply Company Inc__

__1915 Hutchins Ave__

_____

__Ballinger__                    __TX__      __76821__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

$0.00

__Naman Howell Smith & Lee__

__10001 Reunion Place Ste 600__

_____

__San Antonio__                  __TX__      __78216__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

$0.00

__National Construction Rentals__

__P.O. Box 841461__

_____

__Los Angeles__                  __CA__      __90084__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

$0.00

__NEH Commercial Construction LLC__

__10907 Whisper Hollow__

_____

__San Antonio__                  __TX__      __78230__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**NOV-National Oilwell Varco**

**1435 Derrick St**

_____

| **Robston** | **TX** | **78380** |

Date or dates debt was incurred            _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Oklahoma Surety Company**

**P. O. Box 1409**

_____

| **Tulsa** | **OK** | **74101** |

Date or dates debt was incurred            _____

Last 4 digits of account number        __ __ __ __

**disputed lien on real and personal property**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**indemnity agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**Opiela Mechanical Inc**

**6177 W Laguna Rd**

_____

| **San Antonio** | **TX** | **78223** |

Date or dates debt was incurred            _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Optimum**

**1111 Stewart Ave.**

_____

| **Bethpage** | **NY** | **11714** |

Date or dates debt was incurred            _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ottine Warm Springs Resort**

**2707 Hancock Drive**

**Austin, TX, 78731**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Disputed debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Park USA**

**7015 Fairbanks N**

Houston      TX      77040

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pauly the Stucco Guy**

**5003 Walzem Rd**

Windcrest      TX      78218

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Piper-Weatherford**

**P.O. Box 550428**

Dallas      TX      75355

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address |
|---|---|

**PowerHorse Construction LLC**

**226 CR 5716**

_____

**Natalia**      **TX**    **78059**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

| 3.94 | Nonpriority creditor's name and mailing address |
|---|---|

**Prime Metal Buildings**

**16134 S US Highway 377**

_____

**Dublin**      **TX**    **76446**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

| 3.95 | Nonpriority creditor's name and mailing address |
|---|---|

**Pro Masters**

**1890 Martinez Losoya**

_____

**San Antonio**      **TX**    **78221**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**ProFire Protection**

**P.O. Box 4859**

_____

**Corpus Christi**      **TX**    **78469**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**   Nonpriority creditor's name and mailing address

**Proline Rentals**

**P.O Box 651**

**San Angelo**     **TX**     **76902**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.98**   Nonpriority creditor's name and mailing address

**R & S Cabinet Shop LLC**

**19 E 4th St**

**San Angelo**     **TX**     **76903**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.99**   Nonpriority creditor's name and mailing address

**R&R Construction**

**2302 Cheyenne Trail**

**San Angelo**     **TX**     **76903**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.100**   Nonpriority creditor's name and mailing address

**Rackley, Chester & Kathy**

**849 W. Oak Estates Dr.**

**San Antonio**     **TX**     **78260**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loans to company**

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

**loans of in excess of $100,000.00**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101**   Nonpriority creditor's name and mailing address

REECE PLUMBING

10130 Jones Maltsberger

_____

San Antonio      TX     78216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.102**   Nonpriority creditor's name and mailing address

Reece Supply Company

4960 Eisenhauer Rd Ste 110

_____

San Antonio      TX     78218

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.103**   Nonpriority creditor's name and mailing address

Republic Services

Republic Services #859

P.O. Box 677156

_____

Dallas      TX     75267

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.104**   Nonpriority creditor's name and mailing address

Rew Materials

1902 Gulfdale St

_____

San Antonio      TX     78217

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.105** | Nonpriority creditor's name and mailing address |
|---|---|

**Rioco Corp**

**900 East Laleview Dr**

_____

**McAllen**                    **TX**     **78501**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| **3.106** | Nonpriority creditor's name and mailing address |
|---|---|

**Roofing Supply**

**P.O. Box 840567**

_____

**Dallas**                    **TX**     **75284**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| **3.107** | Nonpriority creditor's name and mailing address |
|---|---|

**Roofs Over Texas**

**6301 Melissa Ann**

_____

**San Antonio**                    **TX**     **78249**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| **3.108** | Nonpriority creditor's name and mailing address |
|---|---|

**S & S Cabinet Shop**

**3201 Lake Dr**

_____

**San Angelo**                    **TX**     **76903**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**S&D Glassworks LLC**

**1036 Hwy 71 W**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Smithville            TX    78957

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Sageleaf Dumpster Service**

**3927 Fossil Creek**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

San Antonio            TX    78261

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**SAWS**

**2800 US 281 North**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**0**

San Antonio            TX    78212

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Serratos  Fence & Welding**

**402 S New Braunfels Ave**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**0**

San Antonio            TX    78203

Date or dates debt was incurred        _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **Marc III General Contractors, LLC**    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113** Nonpriority creditor's name and mailing address

**Sierra Metal Solutions LLC**

**958 Alsace Ave**

_____

**Jarrell**                 **TX      78645**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.114** Nonpriority creditor's name and mailing address

**South Texas Insulation**

**1141 N Loop 1604 Ste 105-402**

_____

**San Antonio**          **TX      78232**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.115** Nonpriority creditor's name and mailing address

**Southwest Electrical**

**9435 E Loop 1604 N**

_____

**Converse**             **TX      78109**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.116** Nonpriority creditor's name and mailing address

**Starlink**

**1 Rocket Rd**

_____

**Hawthorne**            **CA      90250**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address |

__Stout Excavating Group LLC__

__2918 FM 1516__

_____

__Converse          TX      78109__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.118 | Nonpriority creditor's name and mailing address |

__Strand Concrete LLC__

__965 Camp Creek Rd__

_____

__Rockwall          TX      75087__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.119 | Nonpriority creditor's name and mailing address |

__Suddenlink Communications__

__P.O. Box 70340__

_____

__Philadelphia        PA      19176__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.120 | Nonpriority creditor's name and mailing address |

__Superior Home Services__

__110 Colton Dr__

_____

__San Antonio        TX      78209__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Notice only__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

Supreme Insulation

8003 Bronzerock Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Antonio                TX        78244

**Notice only**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

Texas Air System LLC

6029 W Campus Circle Dr #100

Ref #N720516SRR-2300265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Irving                TX        75063

**Notice only**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

Texas Home Painting Services

3319 Rock Creek

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Antonio                TX        78230

**Notice only**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

Titan Electric

21720 Hardy Oak Blvd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Antonio                TX        78258

**Notice only**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.125 | Nonpriority creditor's name and mailing address |
|---|---|

__Tolleson Millwork_____

__521 Wispering Hollow Dr_____

_____

__Kyle_____ **TX**   __78640__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Notice only_____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| 3.126 | Nonpriority creditor's name and mailing address |
|---|---|

__Tops Septic and Portable Restroom Servic__

__P.O. Box 460_____

_____

__Shallowwater_____ **TX**   __79363__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Notice only_____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| 3.127 | Nonpriority creditor's name and mailing address |
|---|---|

__Twin City Hardware_____

__723 Hadley Ave_____

_____

__North Oakdale_____ **MN**   __55128__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Notice only_____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| 3.128 | Nonpriority creditor's name and mailing address |
|---|---|

__United Rentals_____

__P.O. Box 840514_____

_____

__Dallas_____ **TX**   __75284__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Notice only_____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.129** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Upwork Global Inc**

**475 Brannan St**

_____

**San Francisco**          **CA**    **94107**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.130** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Vestal Steel**

**17993 Red Iron**

_____

**Schertz**          **TX**    **78154**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.131** | **Nonpriority creditor's name and mailing address** |
|---|---|

**VM Waterproofing LLC**

**5522 Clara Rd**

_____

**Houston**          **TX**    **77041**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.132** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Waxler Fire Protection**

**2016 Small Town Dr**

_____

**New Braunfels**          **TX**    **78130**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133**  Nonpriority creditor's name and mailing address

**White Wing Communications Inc**

**434 Curvatura**

_____

**New Braunfels**              **TX**      **78132**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.134**  Nonpriority creditor's name and mailing address

**Willscot**

**P.O. Box 91975**

_____

**Chicago**                  **IL**      **60693**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.135**  Nonpriority creditor's name and mailing address

**Xtra Clean Carpet**

**1311 S Chadbourne St**

_____

**San Angelo**              **TX**      **76903**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **5 Stones Construction**
          **& Remodeling**
          **117 N. Milton St.**

          **San Angelo          TX     76901**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.2**   **A.C.T. Metal Deck Supply**
          **1601 Emily Lane**

          **Aurora              IL     60502**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.3**   **A-1 Fire & Safety**
          **203 E Rhapsody Dr**

          **San Antonio         TX     78219**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.4**   **Aacon, Inc.**
          **200 River Pointe Dr. #306**

          **Conroe              TX     77304**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.5**   **AB Drywall Systtems**
          **1922 Goliad Dr.**

          **Garland             TX     75042**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.6**   **ABC Supply Co.**
          **P. O. Box 840899**

          **Dallas              TX     75284**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**Part 3:**     **Additional Page for Others to Be Notified About Unsecured Claims**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **AC Door Specialties, LLC** <br> **1716 S. San Marcos** <br> **Bldg. 119** <br><br> **San Antonio       TX     78207** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **Acme Brick Company** <br> **4012 Arden Road** <br><br> **San Angelo       TX     76901** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.9 | **ACN Millwork Group, LLC** <br> **5711 Ransom** <br><br> **Houston       TX     77087** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | **Action Gypsum Supply** <br> **8402 Vidor Ave** <br><br> **San Antonio       TX     78216** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **Acuity Insurance** <br> **P. O. Box 718** <br><br> **Sheboygan       WI     53082** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.12 | **Adame A+ Construction** <br> **422 Howard** <br><br> **San Angelo       TX     76901** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.13 | **Adans Construction** <br> **4839 Buckness St.** <br><br> **San Antonio       TX     78249** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.14**    **ADT**

**P. O. Box 371878**

**Pittsburg        PA      15250**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.15**    **Bexar County**

**c/o Don Stecker**

**112 E. Pecan St. #2200**

**San Antonio        TX      78205**

Line _____

☑ Not listed.  Explain:
**taxes**

__ __ __ __

**4.16**    **Bexar County Appraisal District**

**P.O. Box 830248**

**San Antonio        TX      78283-0248**

Line _____

☑ Not listed.  Explain:
**property taxes**

__ __ __ __

**4.17**    **City of San Antonio**

**P.O. Box 9975**

**San Antonio        TX      78285**

Line _____

☑ Not listed.  Explain:
**Notice only**

__ __ __ __

**4.18**    **Department of the Army**

**Corps of Engineers/Linda Eadie, CO**

**P. O. Box 17300**

**Ft. Worth        TX      76102**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.19**    **Fitzgerald, Robert/MidContinent**

**1219 FM 314**

**Van        TX      75790**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.20**    **Internal Revenue Service**

**Special Procedures Insolv.Sec.**

**P.O. Box 7346**

**Philadelphia        PA      19101**

Line _____

☑ Not listed.  Explain:
**taxes**

__ __ __ __

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.21** **Internal Revenue Service**
**Attn: Special Procedures Group**
**300 E. 8th St., STOP 5022 AUS**

**Austin　　　　　　TX　　78701**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.22** **Mid-Continent Group**
**P.O. Box 1409**

**Tulsa　　　　　　OK　　74101**

**disputed lien on real and personal property**

Line _____

☑ Not listed.  Explain:
**Notice only**

__ __ __ __

**4.23** **Small Business Administration**
**615 E. Houston St. #298**

**San Antonio　　　　TX　　78205**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.24** **Small Business Administration (SBA)**
**Little Rock Comm.Loan Servicing**
**2120 Riverfront Dr, Suite 100**

**Little Rock　　　　AR　　72202**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.25** **Texas Attorney General**
**P.O. Box 12548**

**Austin　　　　　　TX　　78711**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.26** **Texas Comptroller of Public Accounts**
**Revenue Acct Division - Bankruptcy**
**P.O. Box 13528 Capitol Station**

**Austin　　　　　　TX　　78711**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.27**    **Texas Comptroller of Public Accounts**

**PO Box 149357**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**Austin**            **TX**    **78714-9357**

**4.28**    **United States Attorney**

**Attn: AUSA**

**601 N.W. Loop 410, #600**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**San Antonio**        **TX**    **78216**

**4.29**    **United States Attorney General**

**950 Pennsylvania Ave.NW**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**Washington**        **DC**    **20530**

**4.30**    **United States Corps of Engineers**

**819 Talylor St**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**Ft Worth**            **TX**    **76102**

**4.31**    **United States of America**

**General Services Adm.**

**1800 F. St. NW**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**Washington**        **DC**    **20405**

**4.32**    **United States of America/GSA**

**c/o William Sommers**

**745 E. Mulberry, #900**

Line _____

☑ Not listed.  Explain:
**Notice Only**

____ ____ ____ ____

**San Antonio**        **TX**    **78212**

**4.33**    **US Dist. Clerk #5:24 CV 1326**

**262 West Nueva Street, Room 1-400**

Line _____

☑ Not listed.  Explain:
**Notice only**

____ ____ ____ ____

**San Antonio**        **TX**    **78207**

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                **Total of claim amounts**

5a.   **Total claims from Part 1**                          5a.          __$0.00__

5b.   **Total claims from Part 2**                          5b. **+** __$2,100,000.00__

5c.   **Total of Parts 1 and 2**                            5c.   **$2,100,000.00**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Marc III General Contractors, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | _____ Chapter **7** |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Notice Only<br>Contract to be ASSUMED | 5 Stones Construction<br>& Remodeling<br>117 N. Milton St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Angelo            TX       76901 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | jobsite trailer - ArNorth B16 Ft. Sam Houston<br>Contract to be REJECTED | Aries<br>2900 S Quincy St Ste 425 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Arlington             VA       22206 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | office lease<br>Contract to be REJECTED | ARROYO ENGINEERING INC<br>6200 UTSA Blvd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Antoino           TX       72849 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Greater Love Multi-cultural center<br>Contract to be ASSUMED | City of San Antonio<br>P. O. Box 9975 |
| | State the term remaining | | |
| | List the contract number of any government contract | 23-01722 | San Antonio           TX       78285 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Saber Contract - Goodfellow AFB<br>Contract to be REJECTED | Goodfellow AFB<br>17 Cons<br>210 Scherz Blvd |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | FA303020D0001 | Goodfellow AFB          TX          76908 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | B16 Ft. Sam Houston, TX<br>Contract to be REJECTED<br>Contract is in DEFAULT | International Mechanical Svc.<br>1914 Breeden<br>San Antonio, TX 728212 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | aircraft hangar lease - 229 Taxi Way Echo, Boerne, TX<br>Contract to be REJECTED | Jose Rodriguez, Trustee/Rackley Est.<br>1101 W 34th St. #233 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin          TX          78705 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | J85 Test Pad, Randolph AFB, TX<br>Contract to be REJECTED | U. S Corps of Engineers<br>819 Taylor St. Rm 2A17 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | W9126G23C0003 | Ft. Worth          TX          76102 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | ArNorth B16 S. Wing Renovation, Ft. Sam Houston, TX<br>Contract to be REJECTED<br>Contract is in DEFAULT | U. S. Corps of Engineers<br>819 Taylor St. Ct. Off Rm2A17<br>Ft. Worth, TX  76102-300 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | W9126G20C0056 | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Hush House, Randolph AFB, TX<br>Contract to be REJECTED | U. S. Corps of Engineers<br>819 Taylor St. Rm 2A17 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | W9126G23C0006 | Ft. Worth    TX    76102 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | rental of jobsite trailer at Randolph AFB and generator and storage trailers<br>Contract to be REJECTED | United Rentals<br>P.O. Box 840514 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas    TX    75284 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Jobsite trailer Goodfellow AFB<br>Contract to be REJECTED<br>Contract is in DEFAULT | Willscot<br>P.O. Box 91975 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago    IL    60693 |

**Fill in this information to identify the case:**

Debtor name    __Marc III General Contractors, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.1** | **Mid-Continent Casualty Co.** | **P. O. Box 1409** <br> Number   Street <br><br> **Tulsa**    **OK**   **74101** <br> City     State   ZIP Code | **Aries** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.2** | **Mid-Continent Casualty Co.** | **P. O. Box 1409** <br> Number   Street <br><br> **Tulsa**    **OK**   **74101** <br> City     State   ZIP Code | **City of San Antonio** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.3** | **Mid-Continent Casualty Co.** | **P. O. Box 1409** <br> Number   Street <br><br> **Tulsa**    **OK**   **74101** <br> City     State   ZIP Code | **FastSigns** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.4** | **Mid-Continent Casualty Co.** | **P. O. Box 1409** <br> Number   Street <br><br> **Tulsa**    **OK**   **74101** <br> City     State   ZIP Code | **Great American Insurance Group** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | **Name** / **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|
| **2.5** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **Holt Industrial Rentals** | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **Mid-Continent Casualty Company** | ☑ D<br>☐ E/F<br>☐ G |
| **2.7** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **Optimum** | ☐ D<br>☑ E/F<br>☐ G |
| **2.8** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **United States Attorney General** | ☐ D<br>☑ E/F<br>☐ G |
| **2.9** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **United States Corps of Engineers** | ☐ D<br>☑ E/F<br>☐ G |
| **2.10** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **United States of America/GSA** | ☐ D<br>☑ E/F<br>☐ G |
| **2.11** | **Mid-Continent Casualty Co.**<br>**P. O. Box 1409**<br>Number   Street<br><br>**Tulsa**   **OK**   **74101**<br>City   State   ZIP Code | **City of San Antonio** | ☐ D<br>☐ E/F<br>☑ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12 Mid-Continent Casualty Co.** | **P. O. Box 1409**<br>Number    Street | **International Mechanical Svc.** | ☐ D<br>☐ E/F<br>☑ G |
| | **Tulsa**    **OK**   **74101**<br>City         State   ZIP Code | | |
| **2.13 Mid-Continent Casualty Co.** | **P. O. Box 1409**<br>Number    Street | **U. S. Corps of Engineers** | ☐ D<br>☐ E/F<br>☑ G |
| | **Tulsa**    **OK**   **74101**<br>City         State   ZIP Code | | |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/22/2025__     **X /s/ Chester Rackley**
       MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     **Chester Rackley**
                                     Printed name
                                     **Managing member**
                                     Position or relationship to debtor

Debtor name     **Marc III General Contractors, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   **Identify the beginning and ending dates of the debtor's fiscal year,
   which may be a calendar year**

   **Sources of revenue**
   Check all that apply.

   **Gross revenue**
   (before deductions
   and exclusions

   | | | | | | |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other | | **$0.00** |
   | **For prior year:** | From **01/01/2024** to<br>MM / DD / YYYY | **12/31/2024**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$14,119,604.61** |
   | **For the year before that:** | From **01/01/2023** to<br>MM / DD / YYYY | **12/31/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | | **$13,470,210.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
   before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
   adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **United States of America v. Marc III, et. al.** | **Breach of contracts** | **U. S. District Court**<br>Name<br><br>**262 West Nueva Street, Room 1-400**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**5:24 cv  1336** | | **San Antonio**      **TX**    **78207**<br>City              State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

     ☑ None

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

     ☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

     ☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **LAW OFFICES OF MARTIN SEIDLER** | | **12/19/24** | **$5,000.00** |

**Address**

**One Elm Place, Suite 504**
Street
**11107 Wurzbach Road**

**San Antonio**     **TX**    **78230**
City            State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **LAW OFFICES OF MARTIN SEIDLER** | | **1/9/25** | **$5,000.00** |

**Address**

**One Elm Place, Suite 504**
Street
**11107 Wurzbach Road**

**San Antonio**     **TX**    **78230**
City            State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Chester Rackley** | **229 Taxi Way Echo, Boerne, TX (property reconveyed to debtor in 2025)** | **2024** | **$900,000.00** |
| | **Address** | | | |
| | **849 W. Oak Estates** | | | |
| | Street | | | |
| | _____ | | | |
| | **San Antonio**       **TX** | | | |
| | City       State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **managing member** | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
       ☐ No.  Go to Part 10.
       ☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| **United Rentals** <br> Name | **Randolph AFB** | **job trailer (rented)** | _____ |
| **P.O. Box 840514** <br> Street | _____ <br> **Randolph AFB       TX** | | |
| **Dallas          TX     75284** <br> City            State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| **Aries** <br> Name | **ArNorth** | **jobsite trailer  (value unknown)** | _____ |
| **2900 S Quincy St Ste 425** <br> Street | **Ft. Sam Houston** <br> **San Antonio       TX** | | |
| **Arlington       VA     22206** <br> City            State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
| --- | --- | --- | --- |
| **Willscot** <br> Name | **Goodfellow AFB** | **jobsite trailer (value unknown)** | _____ |
| **P.O. Box 91975** <br> Street | _____ <br> **San Angelo       TX** | | |
| **Chicago          IL     60693** <br> City            State    ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

   ☑ No
   ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes.  Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

   ☑ None

26. **Books, records, and financial statements**

   26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

   | | Name and address | | Dates of service | |
   |---|---|---|---|---|
   | 26a.1. | <u>**Golob Morgan Peddy**</u> | | From   <u>**2014**</u> | To   <u>**2024**</u> |
   | | Name | | | |
   | | <u>**1001 ESE Loop 323 #300**</u> | | | |
   | | Street | | | |
   | | _____ | | | |
   | | <u>**Tyler**</u>       <u>**TX**</u>    <u>**75701**</u> | | | |
   | | City      State    ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

**Name and address**             **If any books of account and records are unavailable, explain why**

26c.1.  **Chester Rackley**
Name
**849 W Oak Estates**
Street

**San Antonio**     **TX**    **78260**
City          State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

     ☐ None

**Name and address**

26d.1.  **Mid-Continent Casualty & Surety**
Name
**P. O. 1409**
Street

**Tulsa**     **OK**    **74101**
City          State    ZIP Code

**Name and address**

26d.2.  **Broadway Bank**
Name
**P. O. Box 17001**
Street

**San Antonio**     **TX**    **78217**
City          State    ZIP Code

**Name and address**

26d.3.  **Assured Partners**
Name
**500 N Central Espressway**
Street

**Plano**     **TX**    **75074**
City          State    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Chester Rackley** | **849 W. Oak Estates**<br>**San Antonio, TX 78260** | **managing member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Chester Rackley**<br>Name<br>**849 W. Oaks Estates**<br>Street<br><br>**San Antonio    TX    72860**<br>City        State  ZIP Code<br><br>**Relationship to debtor**<br>**managing member** | **salary/reimb**<br>**$166,423.13** | **2024** | **salary and reimbursement** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. **Chester Rackley**<br>Name<br>**849 W. Oaks Estates**<br>Street<br><br>**San Antonio    TX    72860**<br>City        State  ZIP Code<br><br>**Relationship to debtor**<br>**managing member** | **salary/reimb**<br>**$12,140.00** | **2025** | **salary and reimbursement** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

**Part 14:**   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/22/2025**
               MM / DD / YYYY

X **/s/ Chester Rackley**                                              Printed name  **Chester Rackley**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Managing member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Marc III General Contractors, LLC**                    Case No. _____

                                                                Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................    **$10,000.00**

   Prior to the filing of this statement I have received.........................................................    **$10,000.00**

   Balance Due...........................................................................................................    **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/22/2025** | **/s/ Martin Seidler** |
| --- | --- |
| *Date* | *Martin Seidler*           Bar No.  18000800 |

Law Offices of Martin Seidler
11107 Wurzbach
Suite 504
San Antonio, TX  78230-2592
Phone: (210) 694-0300 / Fax: (210) 690-9886

---

**/s/ Chester Rackley**

*Chester Rackley*
*Managing member*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Marc III General Contractors, LLC**                    CASE NO

                                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/22/2025                                    Signature   **/s/ Chester Rackley**
                                                                    ***Chester Rackley***
                                                                    ***Managing member***

Date _____        Signature _____

5 Stones Construction
& Remodeling
117 N. Milton St.
San Angelo, TX 76901


A & E Painting and Remodel
225 Oak Krest Blvd
Poteet, TX  78065


A-1 Fire & Safety
203 E Rhapsody Dr
San Antonio, TX  78219


A.C.T. Metal Deck Supply
1601 Emily Lane
Aurora, IL 60502


Aacon, Inc.
200 River Pointe Dr. #306
Conroe, TX 77304


AB Drywall Systtems
1922 Goliad Dr.
Garland, TX 75042


ABC Supply Co.
P. O. Box 840899
Dallas, TX 75284


AC Door Specialties, LLC
1716 S. San Marcos
Bldg. 119
San Antonio, TX 78207


Acme Brick Company
4012 Arden Road
San Angelo, TX 76901

ACN Millwork Group, LLC
5711 Ransom
Houston, TX 77087


Action Gypsum Supply
8402 Vidor Ave
San Antonio, TX  78216


Acuity Insurance
P. O. Box 718
Sheboygan, WI 53082


Adame A+ Construction
422 Howard
San Angelo, TX 76901


Adans Construction
4839 Buckness St.
San Antonio, TX 78249


ADT
P. O. Box 371878
Pittsburg, PA 15250


Alamo Integrated Systems, Inc
2805 SW Loop 410
San Antonio, TX  78227


Albert Uresti, MPA, PCC
Bexar County Tax Assessor
P.O. Box 2903
San Antonio, TX  78299


Alert One Service Inc
4602 N Quail Run Rd
Ozark, MO  65721

American Express
P.O. Box 650448
Dallas, TX  75265


American Tin Ceilings
217 N Seminary St
Florence, AL  35630


Angelo Bolt
808 Warehouse Rd
San Angelo, TX  76903


Angelo Plumbing Supply Inc
2500 N Bryan Blvd
San Angelo, TX  76603


Anytime Fuel Pros LLC
18325 Bracken Dr
Bracken, TX  78266


Arias & Associates
142 Chula Vista Dr
San Antonio, TX  78232


Aries
2900 S Quincy St Ste 425
Arlington, VA  22206


ARROYO ENGINEERING INC
6200 UTSA Blvd.
San Antoino, TX  72849


Assured Partners of Texas
500 N Central Expressway Ste 550
Plano, TX  75074

Assured TX Cons Coll
500 N Central Expressway Ste 550
Plano, TX  75074


Automatic Fire Protection Inc.
P.O. Box 1551
San Angelo, TX  76902


Barcom Technology Solutions
10443 Gulfdale St Ste 101
San Antonio, TX  78216


Bexar County
c/o Don Stecker
112 E. Pecan St. #2200
San Antonio, Texas 78205

Bexar County Appraisal District
P.O. Box 830248
San Antonio, Texas 78283-0248


Black Plumbing
4640 Treadway Blvd
Abilene, TX  79602


Blue Cross and Blue Shield
P.O. Box 650615
Dallas, TX  75265


Brazos Urethane
1031 6th St
North Texas City, TX  77590


Broadway National Bank
P.O. Box 17001
San Antonio, TX 78286

Broadway National Bank
P.O. Box 171250
San Antonio, TX  78217


Budget Landscaping & Irrigation LLC
814 Gulf, Unit 111
Cibolo, TX  78108


Capital One
P.O. Box 60519
City of Industry, CA  91716


CAT Financial Services
P.O. Box 730681
Dallas, TX  75373


Catco Drilling Company
P.O. Box 200736
San Antonio, TX  78220


Centex Architectural Specialties LLC
8840 Cross Mountain Trail #1
San Antonio, TX  78255


Century Pest Control Inc
1335 Basse Rd
San Antonio, TX  78212


City of San Antonio
P.O. Box 9975
San Antonio, Texas 78285


City of San Antonio
P. O. Box 9975
San Antonio, TX  78285

CNA Insurance
P.O. Box
Chicago, IL  60674


Columbia IT
5005 West Ave Ste 100
San Antonio, TX  78213


Commonwealth Financial Network
Global Wealth Advisors
500 N Loop 1604 E Ste 250
San Antonio, TX  78232


Consolidated Installation Support
217 Cactus St
San Antonio, TX  78203


Coppera Plumbing
1009 W 2nd St
Taylor, TX  76574


Coppera Plumbing
70 Haby Dr
San Antonio, TX  78212


Craftsman Plumbing Services
28991 IH-10 W Ste 290
Boerne, TX  78006


Custom Acoustics LLC
P.O. Box 3663
San Angelo, TX  76902


Department of the Army
Corps of Engineers/Linda Eadie, CO
P. O. Box 17300
Ft. Worth, TX  76102

Diamondback Mechanical Group
457 County Rd 347
La Vernia, TX  78121


Dodge Construction Network
56 Broad St Ste 14010
Boston, MA  02109


Dodge Data Analytics
Dept CH 19894
Palantine, IL  60055


Facility Interiors Inc
2018 Ave B Ste 300
San Antonio, TX  78215


FastSigns
2897 NE Loop 410 #109
San Antonio,TX  78218


Firecode Sprinkler Systems LLC
5514 Champions Hill Dr
San Antonio, TX  78233


Fitzgerald, Robert/MidContinent
1219 FM 314
Van, TX 75790


Fred Clark Electrical Contractor
1211 N Hackberry
San Antonio, TX  78202


GeneCo Technologies
236 Air Base Rd
Tye, TX  79563

Gollob Morgan Peddy
1001 ESE Loop 323 Ste 300
Tyler, TX  75701


Goodfellow AFB
17 Cons
210 Scherz Blvd
Goodfellow AFB, TX  76908


GoTo Communications Inc
P.O. Box 412252
Boston, MA  02241


Great American Insurance Group
Bond Division
P.O. Box 2119
Cincinnati, OH  45201


Guada Coma Mechanical Inc
1617 Business 35 S
New Braunfels, TX  78130


Haze Consulting LLC
113 N Geary Circle
Oklahoma City, OK  73104


HDS Hohmann Development Services
10722 Sentinel St
San Antonio, TX  78217


Hicks Lightning Protection Inc
7420 FM 2449
Ponder, TX  76259


Holes of San Antonio, Inc
118 Braniff
San Antonio, TX  75265

Holt Cat Rental
P.O. Box 650345
Dallas, TX  75265


Holt Industrial Rentals
P.O. Box 660118
Dallas, TX  75266


Holt Texas, LTD
5665 SE Loop 410
San Antonio, TX 78222-3903


Hull Door LLC
625 Florida St
San Antonio, TX  78210


I10 Building Materials
7193 Heuermann Rd
San Antonio, TX  78256


IMS
1914 Breeden Ave
San Antonio, TX  78212


Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


Internal Revenue Service
Special Procedures Insolv.Sec.
P.O. Box 7346
Philadelphia, PA 19101


International Mechanical Svc.
1914 Breeden
San Antonio, TX 728212

ISC Building Materials
HOU1072-Dept 2
P.O. Box 650998
Dallas, TX  75265


Jan Pro of San Antonio
P.O. Box 781696
San Antonio, TX  78278


JCI - Johnson Controls
P.O. Box 730068
Dallas, TX  75373


JHS Construction
P.O. Box 2297
Midland, TX  79702


Johnson Equipment Company
4674 Olin Rd
Dallas, TX  75244


Jose Rodriguez, Trustee/Rackley Est.
1101 W 34th St. #233
Austin, TX  78705


Kemper System America Inc
P.O. Box 8000
Buffalo, NY  14267


Kiser Carpets
3220 W Houston Harte Expy
San Angelo, TX  76901


Klecka Electric Company Inc
12107 Colwick St
San Antonio, TX  78216

KM Designs Inc
18534 Forty Six Pkwy
Unit 3 Texas
Spring Branch, TX  78070


Knight Office Solutions
P.O. Box 1626
San Antonio, TX  78296


L&L Cabinetry
1212 S Chadbourne St
San Angelo, TX  76903


Land Stewardship Services
124 Bristow Way
Boerne, TX  78006


Law Offices of Robert M Fitzgerald PC
1219 FM 314
Van, TX  75790


Legacy Electric
3751 FM 2105
San Angelo, TX  76905


Legacy Heating & Air Conditioning
553 S Business IH 35
New Braunfels, TX  78130


Lion Pride
11431 Whisper Dawn St
San Antonio, TX  78230


Lone Star Storage Trailers Inc
1095 E Phillip Nolan Expwy
Nolanville, TX  76559

Loves Home Centers
5301 Sherwood Way
San Angelo, TX  76904


Lubbock Sound Equipment
P.O. Box 79493
Lubbock, TX  79493


Marco Federal Services LLC
2525 Montana Ave
El Paso, TX  79903


Matkin Hoover Engineering & Surveying
8 Spencer Rd Ste 100
Boerne, TX  78006


MAVACO Electric LLC
1211 Ardmore St
San Angelo, TX  76905


Melio
18 W 18th
8th Floor
New York, NY  10011


Memco Inc
4555 Dacoma Ste 100
Houston, TX  77092


Mezquite Installation
3151 Commonwealth Dr
Dallas, TX  75247


Mid-Continent Casualty Co.
P. O. Box 1409
Tulsa, OK  74101

Mid-Continent Casualty Company
P. O. Box 1409
Tulsa, OK  74101


Mid-Continent Group
P.O. Box 1409
Tulsa, OK  74101


Monaco Enterprises Inc
14820 E Sprague Ave
Spokane Valley, WA  99216


Mueller Supply Company Inc
1915 Hutchins Ave
Ballinger, TX  76821


Naman Howell Smith & Lee
10001 Reunion Place Ste 600
San Antonio, TX  78216


National Construction Rentals
P.O. Box 841461
Los Angeles, CA  90084


NEH Commercial Construction LLC
10907 Whisper Hollow
San Antonio, TX  78230


NOV-National Oilwell Varco
1435 Derrick St
Robston, TX  78380


Oklahoma Surety Company
P. O. Box 1409
Tulsa, OK  74101

Opiela Mechanical Inc
6177 W Laguna Rd
 San Antonio, TX  78223


Optimum
1111 Stewart Ave.
Bethpage, NY  11714


Ottine Warm Springs Resort
2707 Hancock Drive
Austin, TX, 78731


Park USA
7015 Fairbanks N
Houston, TX  77040


Pauly the Stucco Guy
5003 Walzem Rd
Windcrest, TX  78218


Piper-Weatherford
P.O. Box 550428
Dallas, TX  75355


PowerHorse Construction LLC
226 CR 5716
Natalia, TX  78059


Prime Metal Buildings
16134 S US Highway 377
Dublin, TX  76446


Pro Masters
1890 Martinez Losoya
San Antonio, TX  78221

ProFire Protection
P.O. Box 4859
Corpus Christi, TX  78469


Proline Rentals
P.O Box 651
San Angelo, TX  76902


R & S Cabinet Shop LLC
19 E 4th St
San Angelo, TX  76903


R&R Construction
2302 Cheyenne Trail
San Angelo, TX  76903


Rackley, Chester & Kathy
849 W. Oak Estates Dr.
San Antonio, TX 78260


REECE PLUMBING
10130 Jones Maltsberger
San Antonio, TX  78216


Reece Supply Company
4960 Eisenhauer Rd Ste 110
San Antonio, TX  78218


Republic Services
Republic Services #859
P.O. Box 677156
Dallas, TX  75267


Rew Materials
1902 Gulfdale St
San Antonio, TX  78217

Rioco Corp
900 East Laleview Dr
McAllen, TX  78501


Roofing Supply
P.O. Box 840567
Dallas, TX  75284


Roofs Over Texas
6301 Melissa Ann
San Antonio, TX  78249


S & S Cabinet Shop
3201 Lake Dr
San Angelo, TX  76903


S&D Glassworks LLC
1036 Hwy 71 W
Smithville, TX  78957


Sageleaf Dumpster Service
3927 Fossil Creek
San Antonio, TX  78261


SAWS
2800 US 281 North
San Antonio, TX  78212


Serratos  Fence & Welding
402 S New Braunfels Ave
San Antonio, TX  78203


Sierra Metal Solutions LLC
958 Alsace Ave
Jarrell, TX  78645

Small Business Administration
615 E. Houston St. #298
San Antonio, TX 78205


Small Business Administration (SBA)
Little Rock Comm.Loan Servicing
2120 Riverfront Dr, Suite 100
Little Rock, AR 72202


South Texas Insulation
1141 N Loop 1604 Ste 105-402
San Antonio, TX  78232


Southwest Electrical
9435 E Loop 1604 N
Converse, TX  78109


Starlink
1 Rocket Rd
Hawthorne, CA  90250


Stout Excavating Group LLC
2918 FM 1516
Converse, TX  78109


Strand Concrete LLC
965 Camp Creek Rd
Rockwall, TX  75087


Suddenlink Communications
P.O. Box 70340
Philadelphia, PA  19176


Superior Home Services
110 Colton Dr
San Antonio, TX  78209

Supreme Insulation
8003 Bronzerock Dr
San Antonio, TX  78244


Texas Air System LLC
6029 W Campus Circle Dr #100
Ref #N720516SRR-2300265
Irving, TX  75063


Texas Attorney General
P.O. Box 12548
Austin, Texas 78711


Texas Comptroller of Public Accounts
PO Box 149357
Austin, TX 78714-9357


Texas Comptroller of Public Accounts
Revenue Acct Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Home Painting Services
3319 Rock Creek
San Antonio, TX  78230


Titan Electric
21720 Hardy Oak Blvd
San Antonio, TX  78258


Tolleson Millwork
521 Wispering Hollow Dr
Kyle, TX  78640


Tops Septic and Portable Restroom Servic
P.O. Box 460
Shallowwater, TX  79363

```
Twin City Hardware
723 Hadley Ave
North Oakdale, MN  55128


U. S Corps of Engineers
819 Taylor St. Rm 2A17
Ft. Worth, TX  76102


U. S. Corps of Engineers
819 Taylor St. Ct. Off Rm2A17
Ft. Worth, TX  76102-300


U. S. Corps of Engineers
819 Taylor St. Rm 2A17
Ft. Worth, TX  76102


U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205


United Rentals
P.O. Box 840514
Dallas, TX  75284


United States Attorney
Attn: AUSA
601 N.W. Loop 410, #600
San Antonio, TX 78216


United States Attorney General
950 Pennsylvania Ave.NW
Washington, D.C. 20530


United States Corps of Engineers
819 Talylor St
Ft Worth, TX  76102
```

United States of America
General Services Adm.
1800 F. St. NW
Washington, D.C.  20405


United States of America/GSA
c/o William Sommers
745 E. Mulberry, #900
San Antonio, TX  78212


Upwork Global Inc
475 Brannan St
San Francisco, CA  94107


US Dist. Clerk #5:24 CV 1326
262 West Nueva Street, Room 1-400
San Antonio, TX  78207


Vestal Steel
17993 Red Iron
Schertz, TX  78154


VM Waterproofing LLC
5522 Clara Rd
Houston, TX  77041


Waxler Fire Protection
2016 Small Town Dr
New Braunfels, TX  78130


White Wing Communications Inc
434 Curvatura
New Braunfels, TX  78132


Willscot
P.O. Box 91975
Chicago, IL  60693

Xtra Clean Carpet
1311 S Chadbourne St
San Angelo, TX  76903