# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25−50101−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Marc III General Contractors, LLC**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**4/23/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 1/23/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

| | | |
|---|---|---|
| In re: | | Case No. 25-50101-mmp |
| Marc III General Contractors, LLC | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 23, 2025 | Form ID: 148 | Total Noticed: 176 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc III General Contractors, LLC, 6200 UTSA Blvd. #100, San Antonio, TX 78249-1618 |
| 18845567 | + | 5 Stones Construction, & Remodeling, 117 N. Milton St., San Angelo, TX 76901-3251 |
| 18845568 | + | A & E Painting and Remodel, 225 Oak Krest Blvd, Poteet, TX 78065-5052 |
| 18845569 | + | A-1 Fire & Safety, 203 E Rhapsody Dr, San Antonio, TX 78216-3115 |
| 18845570 | + | A.C.T. Metal Deck Supply, 1601 Emily Lane, Aurora, IL 60502-7801 |
| 18845572 | + | AB Drywall Systtems, 1922 Goliad Dr., Garland, TX 75042-4212 |
| 18845574 | + | AC Door Specialties, LLC, 1716 S. San Marcos, Bldg. 119, San Antonio, TX 78207-7050 |
| 18845576 | + | ACN Millwork Group, LLC, 5711 Ransom, Houston, TX 77087-4103 |
| 18845592 | + | ARROYO ENGINEERING INC, 6200 UTSA Blvd., San Antoino, TX 78249-1617 |
| 18845571 | + | Aacon, Inc., 200 River Pointe Dr. #306, Conroe, TX 77304-2828 |
| 18845575 | + | Acme Brick Company, 4012 Arden Road, San Angelo, TX 76901-2606 |
| 18845577 | + | Action Gypsum Supply, 8402 Vidor Ave, San Antonio, TX 78216-6043 |
| 18845578 | + | Acuity Insurance, P. O. Box 718, Sheboygan, WI 53082-0718 |
| 18845579 | + | Adame A+ Construction, 422 Howard, San Angelo, TX 76901-3162 |
| 18845580 | + | Adans Construction, 4839 Buckness St., San Antonio, TX 78249-1710 |
| 18845582 | + | Alamo Integrated Systems, Inc, 2805 SW Loop 410, San Antonio, TX 78227-3353 |
| 18845584 | + | Alert One Service Inc, 4602 N Quail Run Rd, Ozark, MO 65721-6246 |
| 18845586 | + | American Tin Ceilings, 217 N Seminary St, Florence, AL 35630-4703 |
| 18845587 | + | Angelo Bolt, 808 Warehouse Rd, San Angelo, TX 76903-9323 |
| 18845588 | + | Angelo Plumbing Supply Inc, 2500 N Bryan Blvd, San Angelo, TX 76903-2868 |
| 18845589 | + | Anytime Fuel Pros LLC, 18325 Bracken Dr, Bracken, TX 78266-2745 |
| 18845590 | + | Arias & Associates, 142 Chula Vista Dr, San Antonio, TX 78232-3015 |
| 18845591 | + | Aries, 2900 S Quincy St Ste 425, Arlington, VA 22206-3621 |
| 18845593 | + | Assured Partners of Texas, 500 N Central Expressway Ste 550, Plano, TX 75074-6742 |
| 18845594 | + | Assured TX Cons Coll, 500 N Central Expressway Ste 550, Plano, TX 75074-6742 |
| 18845595 | + | Automatic Fire Protection Inc., P.O. Box 1551, San Angelo, TX 76902-1551 |
| 18845596 | + | Barcom Technology Solutions, 10443 Gulfdale St Ste 101, San Antonio, TX 78216-4117 |
| 18845598 | | Bexar County Appraisal District, P.O. Box 830248, San Antonio, Texas 78283-0248 |
| 18845600 | + | Blue Cross and Blue Shield, P.O. Box 650615, Dallas, TX 75265-0615 |
| 18845601 | + | Brazos Urethane, 1031 6th St, North Texas City, TX 77590-6355 |
| 18845602 | + | Broadway National Bank, P.O. Box 17001, San Antonio, TX 78217-0001 |
| 18845603 | + | Broadway National Bank, P.O. Box 171250, San Antonio, TX 78217-8250 |
| 18845612 | + | CNA Insurance, P.O. Box, Chicago, IL 60674-0001 |
| 18845607 | + | Catco Drilling Company, P.O. Box 200736, San Antonio, TX 78220-0736 |
| 18845608 | + | Centex Architectural Specialties LLC, 8840 Cross Mountain Trail #1, San Antonio, TX 78255-1039 |
| 18845609 | + | Century Pest Control Inc, 1335 Basse Rd, San Antonio, TX 78212-1009 |
| 18845611 | | City of San Antonio, P. O. Box 9975, San Antonio, TX 78285 |
| 18845610 | | City of San Antonio, P.O. Box 9975, San Antonio, Texas 78285 |
| 18845613 | + | Columbia IT, 5005 West Ave Ste 100, San Antonio, TX 78213-2790 |
| 18845614 | + | Commonwealth Financial Network, Global Wealth Advisors, 500 N Loop 1604 E Ste 250, San Antonio, TX 78232-1240 |
| 18845615 | + | Consolidated Installation Support, 217 Cactus St, San Antonio, TX 78203-1507 |

| | | |
|---|---|---|
| 18845617 | + | Coppera Plumbing, 70 Haby Dr, San Antonio, TX 78212-1038 |
| 18845616 | + | Coppera Plumbing, 1009 W 2nd St, Taylor, TX 76574-2428 |
| 18845618 | + | Craftsman Plumbing Services, 28991 IH-10 W Ste 290, Boerne, TX 78006-9130 |
| 18845619 | + | Custom Acoustics LLC, P.O. Box 3663, San Angelo, TX 76902-3663 |
| 18845620 | + | Department of the Army, Corps of Engineers/Linda Eadie, CO, P. O. Box 17300, Ft. Worth, TX 76102-0300 |
| 18845621 | + | Diamondback Mechanical Group, 457 County Rd 347, La Vernia, TX 78121-4217 |
| 18845622 | + | Dodge Construction Network, 56 Broad St Ste 14010, Boston, MA 02109-4301 |
| 18845623 | + | Dodge Data Analytics, Dept CH 19894, Palantine, IL 60055-0001 |
| 18845624 | #+ | Facility Interiors Inc, 2018 Ave B Ste 300, San Antonio, TX 78215-1170 |
| 18845625 | + | FastSigns, 2897 NE Loop 410 #109, San Antonio,TX 78218-1563 |
| 18845626 | + | Firecode Sprinkler Systems LLC, 5514 Champions Hill Dr, San Antonio, TX 78233-4435 |
| 18845627 | + | Fitzgerald, Robert/MidContinent, 1219 FM 314, Van, TX 75790-4409 |
| 18845628 | + | Fred Clark Electrical Contractor, 1211 N Hackberry, San Antonio, TX 78202-1150 |
| 18845629 | + | GeneCo Technologies, 236 Air Base Rd, Tye, TX 79563-2322 |
| 18845632 | + | GoTo Communications Inc, P.O. Box 412252, Boston, MA 02241-2252 |
| 18845630 | + | Gollob Morgan Peddy, 1001 ESE Loop 323 Ste 300, Tyler, TX 75701-8609 |
| 18845631 | | Goodfellow AFB, 17 Cons, 210 Scherz Blvd, Goodfellow AFB, TX 76908 |
| 18845633 | + | Great American Insurance Group, Bond Division, P.O. Box 2119, Cincinnati, OH 45201-2119 |
| 18845634 | + | Guada Coma Mechanical Inc, 1617 Business 35 S, New Braunfels, TX 78130-6465 |
| 18845636 | + | HDS Hohmann Development Services, 10722 Sentinel St, San Antonio, TX 78217-3814 |
| 18845635 | + | Haze Consulting LLC, 113 N Geary Circle, Oklahoma City, OK 73104-4029 |
| 18845637 | + | Hicks Lightning Protection Inc, 7420 FM 2449, Ponder, TX 76259-8051 |
| 18845638 | + | Holes of San Antonio, Inc, 118 Braniff, San Antonio, TX 78216-3300 |
| 18845639 | + | Holt Cat Rental, P.O. Box 650345, Dallas, TX 75265-0345 |
| 18845640 | + | Holt Industrial Rentals, P.O. Box 660118, Dallas, TX 75266-0118 |
| 18845642 | + | Hull Door LLC, 625 Florida St, San Antonio, TX 78210-1845 |
| 18845643 | + | I10 Building Materials, 7193 Heuermann Rd, San Antonio, TX 78256-9625 |
| 18845644 | + | IMS, 1914 Breeden Ave, San Antonio, TX 78212-2148 |
| 18845648 | + | ISC Building Materials, HOU1072-Dept 2, P.O. Box 650998, Dallas, TX 75265-0998 |
| 18845647 | + | International Mechanical Svc., 1914 Breeden, San Antonio, TX 78212-2148 |
| 18845650 | + | JCI - Johnson Controls, P.O. Box 730068, Dallas, TX 75373-0068 |
| 18845651 | + | JHS Construction, P.O. Box 2297, Midland, TX 79702-2297 |
| 18845649 | + | Jan Pro of San Antonio, P.O. Box 781696, San Antonio, TX 78278-1696 |
| 18845652 | + | Johnson Equipment Company, 4674 Olin Rd, Dallas, TX 75244-4615 |
| 18845653 | + | Jose Rodriguez, Trustee/Rackley Est., 1101 W 34th St. #233, Austin, TX 78705-1907 |
| 18845654 | + | Kemper System America Inc, P.O. Box 8000, Buffalo, NY 14267-0002 |
| 18845655 | + | Kiser Carpets, 3220 W Houston Harte Expy, San Angelo, TX 76901-2272 |
| 18845656 | + | Klecka Electric Company Inc, 12107 Colwick St, San Antonio, TX 78216-2722 |
| 18845658 | + | Knight Office Solutions, P.O. Box 1626, San Antonio, TX 78296-1626 |
| 18845659 | + | L&L Cabinetry, 1212 S Chadbourne St, San Angelo, TX 76903-7508 |
| 18845660 | + | Land Stewardship Services, 124 Bristow Way, Boerne, TX 78006-8594 |
| 18845661 | + | Law Offices of Robert M Fitzgerald PC, 1219 FM 314, Van, TX 75790-4409 |
| 18845662 | + | Legacy Electric, 3751 FM 2105, San Angelo, TX 76905-6827 |
| 18845664 | + | Lion Pride, 11431 Whisper Dawn St, San Antonio, TX 78230-3529 |
| 18845665 | + | Lone Star Storage Trailers Inc, 1095 E Phillip Nolan Expwy, Nolanville, TX 76559-4572 |
| 18845666 | + | Loves Home Centers, 5301 Sherwood Way, San Angelo, TX 76904-9703 |
| 18845667 | | Lubbock Sound Equipment, P.O. Box 79493, Lubbock, TX 79493 |
| 18845670 | + | MAVACO Electric LLC, 1211 Ardmore St, San Angelo, TX 76905-7705 |
| 18845668 | + | Marco Federal Services LLC, 2525 Montana Ave, El Paso, TX 79903-3709 |
| 18845669 | + | Matkin Hoover Engineering & Surveying, 8 Spencer Rd Ste 100, Boerne, TX 78006-8194 |
| 18845671 | + | Melio, 18 W 18th, 8th Floor, New York, NY 10011-4607 |
| 18845672 | + | Memco Inc, 4555 Dacoma Ste 100, Houston, TX 77092-8617 |
| 18845673 | + | Mezquite Installation, 3151 Commonwealth Dr, Dallas, TX 75247-6201 |
| 18845674 | + | Mid-Continent Casualty Co., P. O. Box 1409, Tulsa, OK 74101-1409 |
| 18845676 | + | Mid-Continent Group, P.O. Box 1409, Tulsa, OK 74101-1409 |
| 18845677 | + | Monaco Enterprises Inc, 14820 E Sprague Ave, Spokane Valley, WA 99216-2191 |
| 18845678 | + | Mueller Supply Company Inc, 1915 Hutchins Ave, Ballinger, TX 76821-4401 |
| 18845681 | + | NEH Commercial Construction LLC, 10907 Whisper Hollow, San Antonio, TX 78230-3605 |
| 18845682 | + | NOV-National Oilwell Varco, 1435 Derrick St, Robston, TX 78380-6006 |
| 18845679 | + | Naman Howell Smith & Lee, 10001 Reunion Place Ste 600, San Antonio, TX 78216-4140 |
| 18845680 | + | National Construction Rentals, P.O. Box 841461, Los Angeles, CA 90084-1461 |
| 18845683 | + | Oklahoma Surety Company, P. O. Box 1409, Tulsa, OK 74101-1409 |
| 18845684 | + | Opiela Mechanical Inc, 6177 W Laguna Rd, San Antonio, TX 78223-9633 |

| | | |
|---|---|---|
| 18845686 | + | Ottine Warm Springs Resort, 2707 Hancock Drive, Austin, TX 78731-5003 |
| 18845687 | | Park USA, 7015 Fairbanks N, Houston, TX 77040 |
| 18845688 | + | Pauly the Stucco Guy, 5003 Walzem Rd, Windcrest, TX 78218-2118 |
| 18845689 | + | Piper-Weatherford, P.O. Box 550428, Dallas, TX 75355-0428 |
| 18845690 | + | PowerHorse Construction LLC, 226 CR 5716, Natalia, TX 78059-2359 |
| 18845691 | + | Prime Metal Buildings, 16134 S US Highway 377, Dublin, TX 76446-5145 |
| 18845692 | + | Pro Masters, 1890 Martinez Losoya, San Antonio, TX 78221-9637 |
| 18845693 | + | ProFire Protection, P.O. Box 4859, Corpus Christi, TX 78469-4859 |
| 18845694 | + | Proline Rentals, P.O Box 651, San Angelo, TX 76902-0651 |
| 18845695 | + | R & S Cabinet Shop LLC, 19 E 4th St, San Angelo, TX 76903-5420 |
| 18845696 | + | R&R Construction, 2302 Cheyenne Trail, San Angelo, TX 76903-1488 |
| 18845698 | + | REECE PLUMBING, 10130 Jones Maltsberger, San Antonio, TX 78216-4149 |
| 18845697 | + | Rackley, Chester & Kathy, 849 W. Oak Estates Dr., San Antonio, TX 78260-6813 |
| 18845700 | + | Republic Services, Republic Services #859, P.O. Box 677156, Dallas, TX 75267-7156 |
| 18845701 | | Rew Materials, 1902 Gulfdale St, San Antonio, TX 78217 |
| 18845702 | + | Rioco Corp, 900 East Laleview Dr, McAllen, TX 78501-5723 |
| 18845703 | + | Roofing Supply, P.O. Box 840567, Dallas, TX 75284-0567 |
| 18845704 | + | Roofs Over Texas, 6301 Melissa Ann, San Antonio, TX 78249-3001 |
| 18845705 | + | S & S Cabinet Shop, 3201 Lake Dr, San Angelo, TX 76903-2396 |
| 18845706 | + | S&D Glassworks LLC, 1036 Hwy 71 W, Smithville, TX 78957-5813 |
| 18845708 | + | SAWS, 2800 US 281 North, San Antonio, TX 78212-3106 |
| 18845707 | + | Sageleaf Dumpster Service, 3927 Fossil Creek, San Antonio, TX 78261-3009 |
| 18845709 | + | Serratos Fence & Welding, 402 S New Braunfels Ave, San Antonio, TX 78203-1737 |
| 18845710 | | Sierra Metal Solutions LLC, 958 Alsace Ave, Jarrell, TX 78645 |
| 18845711 | + | Small Business Administration, 615 E. Houston St. #298, San Antonio, TX 78205-2046 |
| 18845713 | + | South Texas Insulation, 1141 N Loop 1604 Ste 105-402, San Antonio, TX 78232-1339 |
| 18845714 | + | Southwest Electrical, 9435 E Loop 1604 N, Converse, TX 78109-9754 |
| 18845715 | + | Starlink, 1 Rocket Rd, Hawthorne, CA 90250-6844 |
| 18845717 | + | Strand Concrete LLC, 965 Camp Creek Rd, Rockwall, TX 75087-7352 |
| 18845719 | + | Superior Home Services, 110 Colton Dr, San Antonio, TX 78209-1710 |
| 18845720 | + | Supreme Insulation, 8003 Bronzerock Dr, San Antonio, TX 78244-3333 |
| 18845721 | + | Texas Air System LLC, 6029 W Campus Circle Dr #100, Ref #N720516SRR-2300265, Irving, TX 75063-2768 |
| 18845723 | | Texas Comptroller of Public Accounts, PO Box 149357, Austin, TX 78714-9357 |
| 18845725 | + | Texas Home Painting Services, 3319 Rock Creek, San Antonio, TX 78230-3837 |
| 18845726 | + | Titan Electric, 21720 Hardy Oak Blvd, San Antonio, TX 78258-4835 |
| 18845727 | + | Tolleson Millwork, 521 Wispering Hollow Dr, Kyle, TX 78640-4663 |
| 18845728 | + | Tops Septic and Portable Restroom Servic, P.O. Box 460, Shallowwater, TX 79363-0460 |
| 18845729 | + | Twin City Hardware, 723 Hadley Ave, North Oakdale, MN 55128-6205 |
| 18845730 | + | U. S Corps of Engineers, 819 Taylor St. Rm 2A17, Ft. Worth, TX 76102-6124 |
| 18845731 | + | U. S. Corps of Engineers, 819 Taylor St. Ct. Off Rm2A17, Ft. Worth, TX 76102-6124 |
| 18845741 | + | US Dist. Clerk #5:24 CV 1326, 262 West Nueva Street, Room 1-400, San Antonio, TX 78207-4531 |
| 18845734 | + | United Rentals, P.O. Box 840514, Dallas, TX 75284-0514 |
| 18845737 | + | United States Corps of Engineers, 819 Talylor St, Ft Worth, TX 76102-6199 |
| 18845738 | + | United States of America, General Services Adm., 1800 F. St. NW, Washington, D.C. 20405-0002 |
| 18845739 | + | United States of America/GSA, c/o William Sommers, 745 E. Mulberry, #900, San Antonio, TX 78212-3141 |
| 18845740 | + | Upwork Global Inc, 475 Brannan St, San Francisco, CA 94107-5418 |
| 18845743 | | VM Waterproofing LLC, 5522 Clara Rd, Houston, TX 77041 |
| 18845742 | + | Vestal Steel, 17993 Red Iron, Schertz, TX 78154-3212 |
| 18845744 | + | Waxler Fire Protection, 2016 Small Town Dr, New Braunfels, TX 78130-9067 |
| 18845745 | + | White Wing Communications Inc, 434 Curvatura, New Braunfels, TX 78132-0024 |
| 18845746 | + | Willscot, P.O. Box 91975, Chicago, IL 60693-1975 |
| 18845747 | + | Xtra Clean Carpet, 1311 S Chadbourne St, San Angelo, TX 76903-7509 |

TOTAL: 156

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QJPLOWE.COM | Jan 24 2025 03:19:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jan 23 2025 22:26:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 78205-2055 |
| 18845573 | + | EDI: SYNC | Jan 24 2025 03:19:00 | ABC Supply Co., P. O. Box 840899, Dallas, TX 75284-0899 |
| 18845581 | + | Email/Text: amscbankruptcy@adt.com | Jan 23 2025 22:26:00 | ADT, P. O. Box 371878, Pittsburg, PA 15250-7878 |
| 18845583 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Jan 23 2025 22:25:00 | Albert Uresti, MPA, PCC, Bexar County Tax Assessor, P.O. Box 2903, San Antonio, TX 78299-2903 |
| 18845585 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 22:33:01 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 18845606 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jan 23 2025 22:26:00 | CAT Financial Services, P.O. Box 730681, Dallas, TX 75373 |
| 18845605 | + | EDI: CAPITALONE.COM | Jan 24 2025 03:19:00 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 18845641 | | Email/Text: roy.wahne@holtcat.com | Jan 23 2025 22:26:00 | Holt Texas, LTD, 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 18845645 | | EDI: IRS.COM | Jan 24 2025 03:19:00 | Internal Revenue Service, Attn: Special Procedures Group, 300 E. 8th St., STOP 5022 AUS, Austin, TX 78701 |
| 18845597 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jan 23 2025 22:25:00 | Bexar County, c/o Don Stecker, 112 E. Pecan St. #2200, San Antonio, Texas 78205 |
| 18845685 | + | Email/Text: bcwrtoff@cablevision.com | Jan 23 2025 22:26:00 | Optimum, 1111 Stewart Ave., Bethpage, NY 11714-3533 |
| 18845699 | + | Email/Text: steven.mizell@reecesupply.net | Jan 23 2025 22:26:00 | Reece Supply Company, 4960 Eisenhauer Rd Ste 110, San Antonio, TX 78218-3720 |
| 18845712 | + | Email/Text: lrsc.legal@sba.gov | Jan 23 2025 22:26:00 | Small Business Administration (SBA), Little Rock Comm.Loan Servicing, 2120 Riverfront Dr, Suite 100, Little Rock, AR 72202-1794 |
| 18845718 | + | Email/Text: bcwrtoff@cablevision.com | Jan 23 2025 22:26:00 | Suddenlink Communications, P.O. Box 70340, Philadelphia, PA 19176-0340 |
| 18845724 | | Email/Text: pacer@cpa.state.tx.us | Jan 23 2025 22:26:00 | Texas Comptroller of Public Accounts, Revenue Acct Division - Bankruptcy, P.O. Box 13528 Capitol Station, Austin, TX 78711 |
| 18845722 | + | Email/Text: bcd@oag.texas.gov | Jan 23 2025 22:26:00 | Texas Attorney General, P.O. Box 12548, Austin, Texas 78711-2548 |
| 18845733 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jan 23 2025 22:26:00 | U. S. Trustee, 615 E. Houston St., #533, San Antonio, Texas 78205-2055 |
| 18845735 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jan 23 2025 22:25:00 | United States Attorney, Attn: AUSA, 601 N.W. Loop 410, #600, San Antonio, TX 78216-5597 |
| 18845736 | ^ | MEBN | Jan 23 2025 22:22:50 | United States Attorney General, 950 Pennsylvania Ave.NW, Washington, D.C. 20530-0009 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18845646 | *+ | Internal Revenue Service, Special Procedures Insolv.Sec., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18845675 | *+ | Mid-Continent Casualty Company, P. O. Box 1409, Tulsa, OK 74101-1409 |
| 18845732 | *+ | U. S. Corps of Engineers, 819 Taylor St. Rm 2A17, Ft. Worth, TX 76102-6124 |
| 18845599 | ##+ | Black Plumbing, 4640 Treadway Blvd, Abilene, TX 79602-7810 |
| 18845604 | ##+ | Budget Landscaping & Irrigation LLC, 814 Gulf, Unit 111, Cibolo, TX 78108-4545 |
| 18845657 | ##+ | KM Designs Inc, 18534 Forty Six Pkwy, Unit 3 Texas, Spring Branch, TX 78070-6877 |

| | | |
|---|---|---|
| 18845663 | ##+ | Legacy Heating & Air Conditioning, 553 S Business IH 35, New Braunfels, TX 78130-4792 |
| 18845716 | ##+ | Stout Excavating Group LLC, 2918 FM 1516, Converse, TX 78109-3345 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Patrick Lowe | pat.lowe.law@gmail.com  plowe@ecf.axosfs.com |
| Martin Seidler | on behalf of Debtor Marc III General Contractors  LLC marty@seidlerlaw.com, ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 3